IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., )<br>              Plaintiff, )<br>     v. )<br>CORDIS CORPORATION, )<br>              Defendant. )<br>_____ ) | C.A. No. 03-402-SLR |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by all parties in this action that:

(1) plaintiff's claims are dismissed with prejudice and without fees or costs to any party, and

(2) defendant's counterclaims are dismissed without prejudice and without fees or costs to any party.

August 31, 2006                                                      August 31, 2006

*/s/ Karen Jacobs Louden*                                   */s/ Steven J. Balick*
_____          _____
Karen Jacobs Louden (#2881)                          Steven J. Balick (#2114)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP       John G. Day (#2304)
1201 N. Market Street                                       ASHBY & GEDDES
Wilmington, DE 19899                                      222 Delaware Ave., 17th Floor
(302) 658-9200                                                  Wilmington, DE 19801
                                                                        (302) 654-1888
Raphael V. Lupo
Matthew F. Weil                                               Gregory L. Diskant
James G. Rizzo                                                 Eugene M. Gelernter
MCDERMOTT WILL & EMERY                           PATTERSON BELKNAP WEBB & TYLER LLP
600 13th St., NW                                              1133 Avenue of the Americas
Washington, DC  20005                                   New York, NY 10033

*Attorneys for Plaintiff*                                     *Attorneys for Defendant*
*Medtronic Vascular, Inc.*                                *Cordis Corporation*

SO ORDERED:


_____
Chief Judge                                                        Dated: _____

172661.1